# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) No. 08-04035-CR-C-NKL |
| Plaintiff, | ) |
| | ) **Count One**: |
| v. | ) 18 U.S.C. § 248(a)(1) |
| | )    NMT 1 year and/or $100,000 |
| ALEXIS VICTORIA KEISER, | )    Supervised Release: NMT 1 year |
| [DOB: 8/3/65] | )    Class A Misdemeanor |
| | ) |
| Defendant. | ) **Count Two**: |
| | ) 18 U.S.C. § 248(a)(3) |
| | )    NMT 1 year and/or $100,000 |
| | )    Supervised Release: NMT 1 year |
| | )    Class A Misdemeanor |
| | ) |
| | ) $25 mandatory penalty assessment, |
| | )  each count |

## INFORMATION

**THE UNITED STATES ATTORNEY CHARGES THAT:**

At all times material to this information:

Planned Parenthood, located at 711 North Providence Road, Columbia, Missouri, is a facility that provides reproductive health services in the Western District of Missouri.

## COUNT 1

On or about June 11, 2008, at Planned Parenthood, 711 North Providence Road, Columbia, Boone County, Missouri, ALEXIS VICTORIA KEISER, defendant, did by force and threat of force and by physical obstruction, intentionally injure, intimidate and interfere with V.C. because V.C. was and had been providing reproductive health services, in violation of Title 18, United States Code, Section

248(a)(1).

## COUNT 2

On or about June 11, 2008, at Planned Parenthood, 711 North Providence Road, Columbia, Boone County, Missouri, ALEXIS VICTORIA KEISER, defendant, did intentionally damage and destroy the property of Planned Parenthood, and attempted to damage and destroy the property of Planned Parenthood, because Planned Parenthood provides reproductive health services in violation of Title 18, United States Code, Section 248(a)(3).

**John F. Wood**
United States Attorney

By      /s/

**Lawrence E. Miller**
Assistant United States Attorney
Missouri Bar No. 39531


**Grace Chung Becker**
Acting Assistant Attorney General
Civil Rights Division

By      /s/
_____
**Eric L. Gibson**
Trial Attorney
Civil Rights Division
Criminal Section